**Order filed September 10, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00154-CR

———————

**EPIFANIO ACUNA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1374428**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 9, a video.**

The clerk of the 183rd District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 9, a video**, on or before **September 27, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return this original exhibit to the clerk of the 183rd District Court.

PER CURIAM